**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) Case No. 13 CV 00826 |
| PLAY BEVERAGES, LLC, a Delaware limited liability company; CIRTRAN BEVERAGE CORPORATION, a Utah corporation; and CIRTRAN CORPORATION, a Nevada corporation, | )<br>) Judge Robert W. Gettleman<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

# NOTICE OF MOTION

To:   See Certificate of Service.

PLEASE TAKE NOTICE that on Wednesday, February 6, 2013, at 9:15 a.m., or as counsel may be heard, we will appear before the Honorable Robert W. Gettleman, in Courtroom 1703 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, or before such other judge who may be sitting in his place, and present the attached *Playboy's Motion for Preliminary Injunction*, a copy of which is attached and hereby served upon you.

Dated:  February 1, 2013          Respectfully submitted,

/s/ M. David Weisman
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661
Telephone:  (312) 902-5200
Facsimile:  (312) 902-1061
M. David Weisman
david.weisman@kattenlaw.com
Mpoli Simwanza-Johnson
msjohnson@kattenlaw.com

– and –

VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile: (310) 229-9901
Richard J. Frey (Pro Hac Vice Application Forthcoming)
RJFrey@venable.com
Tamany Vinson Bentz (Pro Hac Vice App. Forthcoming)
TJBentz@venable.com
Melissa C. McLaughlin (Pro Hac Vice App. Forthcoming)
MCMcLaughlin@venable.com

*Attorneys for Plaintiff*
Playboy Enterprises International, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2013, I electronically filed the foregoing *Notice* and *Playboy's Motion for Preliminary Injunction* with the Clerk of the Court using the CM/ECF system, and caused a copy of the same to be served by Federal Express to:

      Play Beverages, LLC
      c/o Corporation Service Company, Agent
      2711 Centerville Road Suite 400
      Wilmington, DE 19808

      Cirtran Corporation:
      c/o InCorp Services, Inc., Agent
      2360 Corporate Circle, Suite 400
      Henderson, NV 89074

      Cirtran Beverage Corporation
      c/o Iehab Hawatmeh, Agent
      4125 S. 6000 W.
      West Valley City, UT 84128

      By: /s/ M. David Weisman
           One of the Plaintiff's Attorneys