# EXHIBIT 2

| | |
|---|---|
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PLAY BEVERAGES, LLC, a Delaware limited liability company; CIRTRAN BEVERAGE CORPORATION, a Utah corporation; and CIRTRAN CORPORATION, a Nevada corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. <br> Judge: |

## DECLARATION OF MELISSA C. MCLAUGHLIN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Melissa C. McLaughlin, declare as follows:

1.      I am an associate in the law firm Venable LLP, counsel for Playboy Enterprises International, Inc. ("Playboy") in this action.  I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would competently testify thereto.

2.      On February 1, 2013, I visited the website www.cirtran.com, clicked on "CirTran Companies" and then "CirTran Beverage," and read that CirTran Beverage Corporation was established by CirTran to formulate, manufacture, and distribute a new energy drink.  A true and correct copy of the printout of the page of www.cirtran.com stating that information is attached hereto as Exhibit A.

3.      On December 8, 2012, I visited the website www.cirtran.com, clicked on "Investor Relations" and then "Quarterly Reports" and reviewed and downloaded the CirTran Corporation Quarterly Financial Report for the quarterly period ended September 30, 2012

(Form 10-Q, filed with the United States Securities and Exchange Commission). I read in this document that CirTran Beverage manufactures, markets, and distributes Playboy-branded energy drinks in accordance with an agreement between CirTran Corporation and Play Beverages, LLC. A true and correct copy of relevant portions of this document is attached hereto as Exhibit B.

4.     On December 10, 2012, I visited the website www.cirtran.com, clicked on "Investor Relations" and then "Annual Reports" and reviewed and downloaded the CirTran Corporation Annual Financial Report for the fiscal year ended December 31, 2011 (Form 10-K, filed with the United States Securities and Exchange Commission). A true and correct copy of relevant portions of this document is attached hereto as Exhibit C.

5.     On February 1, 2013, I searched the website www.whois.com for "cirtran" and for "playbev" and found out that the domains www.cirtran.com and www.playbev.com are both registered to CirTran Corporation. True and correct copies of printouts of the results of my searches on www.whois.com are attached hereto as Exhibit D.

6.     On February 1, 2013, I visited the website www.playbev.com/usa and saw that Playboy Energy Drink was being advertised and promoted and that the Playboy Marks were prominently displayed in connection with the advertisement and promotion of Playboy Energy Drink. True and correct copies of printouts of pages of www.playbev.com/usa that I viewed displaying the Playboy Marks are attached hereto as Exhibit E.

7.     On February 1, 2013, I visited the website www.cirtran.com and saw that the Playboy Marks were prominently displayed. True and correct copies of printouts of pages of www.cirtran.com that I viewed displaying the Playboy Marks are attached hereto as Exhibit F.

8.  On February 1, 2013, I visited the website www.playbev.com/usa and read the page entitled "About Playboy Energy." A true and correct copy of the printout of that page is attached hereto as Exhibit G.

9.  On February 1, 2013, I visited the website www.cirtran.com and clicked on "CirTran Companies" and then "CirTran Beverage," and read the contents of that page. I also clicked on the Playboy Energy Drink/Rabbit Head logo on the "CirTran Companies" page, under "Featured Projects," and read the contents of the page to which I was directed. True and correct copies of the printouts of the pages I read on www.cirtran.com are attached hereto as Exhibit H.

10. On February 1, 2013, I visited the website www.playbev.com/usa, which states that Play Beverages, LLC is an official licensee of Playboy and that PLAYBOY and the Rabbit Head Design are marks of Playboy and are used under license. True and correct copies of printouts of pages of www.playbev.com/usa making that statement are attached hereto as Exhibit I.

11. On February 1, 2013, I visited the website www.cirtran.com and clicked on "Investor Relations" and then clicked on the link to read the January 31, 2013 press release, which stated: "Everyone at Play Beverages and CirTran is excited about getting back to business and regaining the momentum we worked so hard to build in expanding our beverage business and Playboy Energy Drink sales worldwide." A true and correct copy of the January 31, 2013, printed from www.cirtran.com, is attached hereto as Exhibit J.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of February, 2013 at Los Angeles, California.

Melissa C. McLaughlin

EXHIBIT A




EXHIBIT B

10-Q 1 cirtran3q10q-sept2012.htm CIRTRAN CORPORATION 10Q 2012-09-30

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-Q**

☒  QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the quarterly period ended September 30, 2012

☐  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from _____ to _____

Commission File Number 000-49654

**CIRTRAN CORPORATION**
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Nevada** | **68-0121636** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**4125 South 6000 West, West Valley City, Utah 84128**
(Address of principal executive offices, including zip code)

**(801) 963-5112**
(Registrant's telephone number, including area code)

**n/a**
(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☐    No ☒

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).
Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.
Large accelerated filer ☐·        Accelerated filer ☐·
Non-accelerated filer ☐·          Smaller reporting company ☒·

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).
Yes ☐    No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.  **As of November 19, 2012, issuer had 1,946,502,289 outstanding shares of common stock, par value $0.001.**

| | Shares | Weighted-Average Exercise Price | Weighted-Average Remaining Contractual Life | Aggregate Intrinsic Value |
|---|---|---|---|---|
| Outstanding at December 31, 2011 | 37,800,000 | $ 0.0130 | 0.51 | $ - |
| Granted | 47,200,000 | $ 0.0001 | | |
| Exercised | (47,200,000) | $ 0.0001 | | |
| Expired | (19,200,000) | $ 0.0140 | | |
| Outstanding at September 30, 2012 | 18,600,000 | $ 0.0123 | 0.19 | $ - |
| Exercisable at September 30, 2012 | 18,600,000 | $ 0.0123 | 0.19 | $ - |

As of September 30, 2012, and December 31, 2011, the Company had a total of 106,000,000 and 83,600,000 options not issued but accrued.

*Warrants* - On January, 24, 2011, as part of the Forbearance Agreement, a warrant to purchase 25,000,000 shares of common stock was issued to YA Global. The warrant had an exercise price of $0.02 per share and vested immediately.

The Company currently has an insufficient number of authorized shares to enable warrant holders to fully exercise their warrants, assuming all warrants holders desired to do so. Accordingly, the warrants are subject to derivative accounting treatment and are included in the derivative liability related to the convertible debentures (see Note 8).

**NOTE 11 - SEGMENT INFORMATION**

Segment information has been prepared in accordance with ASC 280-10, Disclosure about Segments of an Enterprise and Related Information. The Company has four reportable segments: Electronics Assembly, Contract Manufacturing, Marketing and Media, and Beverage Distribution. The Electronics Assembly segment manufactures and assembles circuit boards and electronic component cables. The Contract Manufacturing segment manufactures, either directly or through foreign subcontractors, various products under manufacturing and distribution agreements. The Marketing and Media segment provides marketing services to online retailers, along with beverage development and promotional services to PlayBev. The Beverage Distribution segment manufactures, markets, and distributes Playboy-licensed energy drinks domestically and internationally.

The accounting policies of the segments are consistent with those described in the summary of significant accounting policies. The Company evaluates performance of each segment based on earnings or loss from operations. Selected segment information is as follows:

| | Electronics Assembly | Contract Manufacturing | Marketing and Media | Beverage Distribution | Total |
|---|---|---|---|---|---|
| Three Months Ended September 30, 2012 | | | | | |
| Sales to external customers | $ - | $ 49,177 | $ - | $ 603,950 | 653,127 |
| Segment income (loss) | (132,229) | 29,370 | - | (444,020) | (546,879) |
| Segment assets | 352,022 | 75,653 | - | 794,457 | 1,222,132 |
| Depreciation and amortization | 4,857 | 13,523 | - | - | 18,380 |
| Three Months Ended September 30, 2011 | | | | | |
| Sales to external customers | $ - | $ 8,694 | $ - | $ 824,078 | $ 832,772 |
| Segment income (loss) | 711,578 | (41,543) | (5,604) | (1,590,351) | (925,920) |
| Segment assets | 1,763,569 | 816,059 | 91,071 | 797,655 | 3,468,354 |
| Depreciation and amortization | 5,298 | 30,094 | 7,925 | - | 43,317 |
| Nine Months Ended September 30, 2012 | | | | | |
| Sales to external customers | $ - | $ 104,802 | $ - | $ 1,482,780 | $ 1,587,582 |
| Segment income (loss) | (434,760) | 14,637 | - | (2,120,339) | (2,540,462) |
| Segment assets | 352,022 | 75,653 | - | 794,457 | 1,222,132 |
| Depreciation and amortization | 15,178 | 53,047 | - | - | 68,225 |
| Nine Months Ended September 30, 2011 | | | | | |
| Sales to external customers | $ - | $ 86,042 | $ - | $ 2,827,555 | $ 2,913,597 |
| Segment income (loss) | (1,846,390) | (67,061) | (104,164) | (2,814,088) | (4,831,703) |
| Segment assets | 1,763,569 | 816,059 | 91,071 | 797,655 | 3,468,354 |
| Depreciation and amortization | 20,291 | 115,720 | 16,071 | - | 152,082 |

17

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

This discussion should be read in conjunction with Management's Discussion and Analysis of Financial Condition and Results of Operations included in our Annual Report on Form 10-K for the year ended December 31, 2011.

**Overview**

We manufacture, market, and distribute internationally an energy drink under a license, now in dispute, with Playboy Enterprises, Inc., or Playboy, and in the U.S., we provide a mix of high- and medium-volume turnkey manufacturing services and products using various high-tech applications for leading electronics OEMs (original equipment manufacturers) in the communications, networking, peripherals, gaming, law enforcement, consumer products, telecommunications, automotive, medical, and semiconductor industries. Our services include pre-manufacturing, manufacturing, and post-manufacturing services. Our goal is to offer customers the significant competitive advantages that can be obtained from manufacture outsourcing.

We are engaged in the following business segments.

**Beverage Distribution** (94% and 97% of total revenue during nine months ended September 30, 2012 and 2011, respectively)

CirTran Beverage manufactures, markets, and distributes Playboy-branded energy drinks in accordance with an agreement we entered into with Play Beverages, LLC, or PlayBev, a consolidated variable interest entity, which holds the Playboy license.

**Contract Manufacturing** (6% and 3% of total revenue during the nine months ended September 30, 2012 and 2011, respectively)

CirTran Products pursues contract-manufacturing relationships in the U.S. consumer products markets, including licensed merchandise sold in the sports and entertainment markets.

CirTran Asia manufactures and distributes electronics, consumer products, and general merchandise to companies selling in international markets.

**Marketing and Media** (no revenues during the nine months ended September 30, 2012 and 2011, respectively)

CirTran Online sells products via the Internet and provides services and support to Internet retailers.

CirTran Media provides end-to-end services to the direct-response and entertainment industries.

**Electronics Assembly** (no revenues during the nine months ended September 30, 2012 and 2011, respectively)

CirTran Corporation ("CirTran USA") provides low-volume electronics assembly activities consisting primarily of placing and attaching electronic and mechanical components on printed circuit boards and flexible (i.e., bendable) cables.

19

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this amended report to be signed on its behalf by the undersigned thereunto duly authorized.

CIRTRAN CORPORATION
(Registrant)

Date: November 30, 2012

By:  /s/ Iehab Hawatmeh
Iehab Hawatmeh, President,
Chief Financial Officer (Principal Executive Officer, Principal Financial Officer)

29


EXHIBIT C

10-K 1 cirtran10k.htm CIRTRAN CORPORATION 10 K 2011-12-31

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

## FORM 10-K

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
FOR THE FISCAL YEAR ENDED [DECEMBER 31, 2011]
Commission File Number 000-49654

# CIRTRAN CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Nevada** | **68-0121636** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| **4125 South 6000 West** | |
| **West Valley City, Utah** | **84128** |
| (Address of principal executive offices) | (Zip Code) |

**(801) 963-5112**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Exchange Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| **n/a** | **n/a** |

Securities registered pursuant to Section 12(g) of the Exchange Act:
**Common Stock, Par Value $0.001**
(Title of Class)

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined by Rule 405 of the Securities Act.  Yes ☐  No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Exchange Act.  ☐

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers in response to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☒ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐  No ☒

State the aggregate market value of the voting and nonvoting common equity held by nonaffiliates computed by reference to

the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter. **As of June 30, 2011, the aggregate market value of the voting and nonvoting common equity held by nonaffiliates of the issuer was $4,126,020.**

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date. **As of March 29, 2012, issuer had 1,839,302,289 shares of issued and outstanding common stock, par value $0.001.**

**DOCUMENTS INCORPORATED BY REFERENCE: None.**

**PART I**

---

**ITEM 1. BUSINESS**

---

**INTRODUCTION AND OVERVIEW**

We manufacture, market, and distribute internationally an energy drink under a license, now in dispute, with Playboy Enterprises, Inc., or Playboy, and in the U.S., we provide a mix of high- and medium-volume turnkey manufacturing services and products using various high-tech applications for leading electronics OEMs (original equipment manufacturers) in the communications, networking, peripherals, gaming, law enforcement, consumer products, telecommunications, automotive, medical, and semiconductor industries. Our services include pre-manufacturing, manufacturing, and post-manufacturing services. Our goal is to offer customers the significant competitive advantages that can be obtained from manufacture outsourcing.

We are engaged in the following business segments.

> **Beverage Distribution** (96% and 85% of total revenue during 2011 and 2010, respectively)

>> CirTran Beverage manufactures, markets, and distributes Playboy-branded energy drinks in accordance with an agreement we entered into with Play Beverages, LLC, or PlayBev, a consolidated variable interest entity, which holds the Playboy license.

> **Contract Manufacturing** (4% and 1% of total revenue during 2011 and 2010, respectively)

>> CirTran Products pursues contract-manufacturing relationships in the U.S. consumer products markets, including licensed merchandise sold in the sports and entertainment markets.

>> CirTran Asia manufactures and distributes electronics, consumer products, and general merchandise to companies selling in international markets.

> **Marketing and Media** (0% and 12% of total revenue during 2011 and 2010, respectively)

>> CirTran Online sells products via the Internet and provides services and support to Internet retailers.

>> CirTran Media provides end-to-end services to the direct-response and entertainment industries.

> **Electronics Assembly** (0% and 2% of total revenue during 2011 and 2010, respectively)

>> CirTran Corporation ("CirTran USA") provides low-volume electronics assembly activities consisting primarily of placing and attaching electronic and mechanical components on printed circuit boards and flexible (i.e., bendable) cables.

During 2011, our activities were significantly restrained by the necessity to devote priority to efforts to obtaining the forbearance of our principal secured and judgment creditors, seeking to resolve disputes respecting the PlayBev license to market Playboy-licensed energy drinks, defending the numerous lawsuits to which we are a party, and obtaining additional capital. Disputes respecting the status of the PlayBev license to market Playboy-licensed energy drinks impaired our ability to establish new distributors, damaged our relationships with existing distributors, and depressed revenues. All of our activities during the year, as in previous years, were adversely affected by our severe shortages of working capital and cash.

References to "us," "we," and "our" and correlative terms refer to CirTran Corporation and the subsidiaries and divisions through which we conduct our activities.

## PRIMARY PRODUCTS AND SERVICES

### Beverage Distribution -- CirTran Beverage

In May 2007, we incorporated CirTran Beverage to arrange for the manufacture, marketing, and distribution of Playboy-licensed energy drinks, flavored water beverages, and related merchandise through various distribution channels. We also entered into an agreement with Play Beverages, LLC, or PlayBev, a related Delaware limited liability company and the licensee under a product licensing agreement with Playboy to market, manufacture, and distribute energy drinks and beverages under its brand name. Under the terms of the PlayBev agreement, we are to provide the initial development and promotional services to PlayBev, which will collect from us a royalty based on product sales and manufacturing costs once licensed product distribution commences. As part of our efforts to finance the initial development and marketing of the Playboy energy drink, we and other investors formed AfterBev, a majority owned subsidiary organized in California. Effective January 1, 2010, PlayBev was required to be consolidated into our financial statements as a variable interest entity.

Regular and sugar-free versions of the Playboy energy drink, in 8.4 and 16 ounce cans, have been developed. We currently have sales and distribution networks in 65 countries throughout Europe, Africa, Australia, the Pacific, and the Middle East, and we anticipate continued growth in 2012, if the dispute over the license with Playboy is resolved by reaching a new license agreement. Energy drink sales and royalties in 2011 and 2010 accounted for 96% and 85% of total sales, respectively.

Our net sales and assets by geographic area are as follows:

| | Revenues | |
| --- | --- | --- |
| | **2011** | **2010** |
| United States of America | $   772,816 | $2,061,893 |
| Canada | 172,260 | - |
| Eastern Europe | 329,600 | 1,468,400 |
| Russia | - | 964,800 |
| West Africa | - | 1,476,003 |
| South America | 1,042,539 | - |
| Western Europe | 747,223 | - |
| Other | - | 3,073,806 |
| | $3,064,438 | $9,044,902 |

As discussed in detail in **Item 3. Legal Proceedings**, in April 2011, creditors filed an involuntary bankruptcy petition against PlayBev. Thereafter, this proceeding was converted into a Chapter 11 reorganization proceeding, with PlayBev acting as debtor-in-possession. Playboy initially sought to terminate its product license agreement with PlayBev, but thereafter stipulated to suspend further proceedings pending the exploration of settlement. PlayBev is seeking a settlement that would enable it to continue to market worldwide Playboy-licensed nonalcoholic energy drinks, subject to annual minimum royalties during the following five years, beginning at $2.0 million and escalating to $3.0 million, with the payment of a portion of the royalty obligation assured through our posting of an irrevocable letter of credit. PlayBev would also seek Playboy's agreement not to circumvent PlayBev's licensed rights by directly approaching its distributors and downstream marketing channels for so long as it meets its financial obligations to Playboy. We cannot assure that PlayBev will be able to negotiate a settlement with Playboy or predict the terms that may be negotiated. We anticipate that any settlement reached will require PlayBev to obtain substantial amounts of new capital in order to implement and take advantage of such settlement. We will be principally responsible for managing such funding effort. **See Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations: Liquidity and Capital Resources.**

4

## RESULTS OF OPERATIONS

### Comparison of Years Ended December 31, 2011 and 2010

#### Sales and Cost of Sales

Net sales for the year ended December 31, 2011, totaled $3,064,438, as compared to $9,044,902 for the year ended December 31, 2010. The decrease is primarily attributable to issues related to PlayBev's bankruptcy case and the uncertainty created by Playboy in relation to the interference with our beverage distributors and defend against numerous lawsuits. Additionally, disputes respecting the status of the PlayBev license to market Playboy-licensed energy drinks decreased revenues. Net sales in the contract manufacturing segment rose $53,637 in the year ended December 31, 2011, as compared to the same period in 2010. Net sales in the marketing and media segment fell by $1,095,086 in 2011 as compared to 2010, due to our suspension of most external marketing activities. Beverage distribution revenue decreased to $2,943,921 for the year ended December 31, 2011, as compared to $7,712,492 for the year ended December 31, 2010. The decrease was driven by disputes respecting the status of the PlayBev license to market Playboy-licensed energy drinks which damaged our relationships with existing distributors.

Cost of sales, as a percentage of sales, decreased to 36% for the year ended December 31, 2011, as compared to 65% for the prior year ended December 31, 2010. Consequently, the gross profit margin increased to 64% from 35%, respectively, for the same period. The increase in gross profit margin is attributable to an increase in revenues from royalty agreements which have an overall lower cost.

The following chart presents comparisons of sales, cost of sales, royalty expense, and gross profit or loss margin generated by our four operating segments, i.e., beverage distribution, contract manufacturing, marketing and media, and electronics assembly during 2011 and 2010:

| Segment | Year | Sales | Cost of Sales | Royalty Expense | Gross Loss / Margin |
|---|---|---|---|---|---|
| Electronics Assembly | 2011 | $ - | $ - | $ - | $ - |
| | 2010 | 170,444 | 255,940 | - | (85,496) |
| Contract Manufacturing | 2011 | 120,517 | 441,314 | - | (320,797) |
| | 2010 | 66,880 | - | - | 66,880 |
| Marketing / Media | 2011 | - | - | - | - |
| | 2010 | 1,095,086 | 1,037,563 | - | 57,523 |
| Beverage Distribution | 2011 | 2,943,921 | 677,204 | 2,142,765 | 123,952 |
| | 2010 | 7,712,492 | 2,352,840 | 2,257,582 | 3,102,070 |

#### Selling, General and Administrative Expenses

During the year ended December 31, 2011, selling, general, and administrative expenses increased by 8.8% as compared to the year ended December 31, 2010. The increase of $507,629 in selling, general, and administrative expenses was driven primarily by an increase in legal expenses of $954,494 and a decrease of settlement expenses of approximately $312,000.

#### Noncash Compensation Expense

Noncash compensation expense, resulting from the obligation to grant options to employees and outside consultants to purchase common stock, decreased to $132,063 during the year ended December 31, 2011, compared to $374,783 during the year ended December 31, 2010. No stock options were granted to employees during the year ended December 31, 2011 or 2010. The decrease in noncash compensation expense relates to the vesting of previous granted options and the measurement of stock options required to be granted per their employment contracts.

26

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

CirTran Corporation

Date:  April 16, 2012                    By:  /s/ Iehab J. Hawatmeh
                                              Iehab J. Hawatmeh
                                              President
                                              Principal Executive Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| | |
|---|---|
| April 16, 2012 | /s/ Ihab J. Hawatmeh |
| | Iehab J. Hawatmeh, President, Chief Executive Officer, Director, and Principal Financial and Accounting Officer |
| April 16, 2012 | /s/ Fadi Nora |
| | Fadi Nora, Director |
| April 16, 2012 | /s/ Kathryn Hollinger, |
| | Kathryn Hollinger, Director |

43



EXHIBIT D



Whois Lookup

## cirtran.com Registry Whois

Updated 1 second ago - Refresh

Domain Name: CIRTRAN.COM
Registrar: NETWORK SOLUTIONS, LLC.
Whois Server: whois.networksolutions.com
Referral URL: http://www.networksolutions.com/en_US/
Name Server: NS43.WORLDNIC.COM
Name Server: NS44.WORLDNIC.COM
Status: clientTransferProhibited
Updated Date: 06-jul-2012
Creation Date: 06-jul-2000
Expiration Date: 06-jul-2013

## cirtran.com Registrar Whois

Updated 1 second ago

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for information
purposes only, and to assist persons in obtaining information about or related
to a domain name registration record. Network Solutions does not guarantee its accuracy.
By submitting a WHOIS query, you agree to abide by the following terms of use:
You agree that you may use this Data only for lawful purposes and that under no
circumstances will you use this Data to: (1) allow, enable, or otherwise support
the transmission of mass unsolicited, commercial advertising or solicitations
via e-mail, telephone, or facsimile; or (2) enable high volume, automated,
electronic processes that apply to Network Solutions (or its computer systems). The
compilation, repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of Network Solutions. You agree not to use
high-volume, automated, electronic processes to access or query the WHOIS
database. Network Solutions reserves the right to terminate your access to the WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this policy.
Network Solutions reserves the right to modify these terms at any time.

Get a FREE domain name registration, transfer, or renewal with any annual hosting package.

http://www.networksolutions.com

Visit AboutUs.org for more information about CIRTRAN.COM
<a href="http://www.aboutus.org/CIRTRAN.COM">AboutUs: CIRTRAN.COM </a>

Registrant:
Cirtran Corporation
  ATTN CIRTRAN.COM
  care of Network Solutions
  PO Box 459
  Drums, PA. US 18222

  Domain Name: CIRTRAN.COM

  ----------------------------------------------------------------
  Promote your business to millions of viewers for only $1 a month
  Learn how you can get an Enhanced Business Listing here for your domain name.
  Learn more at http://www.NetworkSolutions.com/
  ----------------------------------------------------------------

Administrative Contact, Technical Contact:
  Snow, Jim hy59a69e5nd@networksolutionsprivateregistration.com
  Racore Technology Corporation
  ATTN CIRTRAN.COM
  care of Network Solutions
  PO Box 459
  Drums, PA 18222
  US
  570-708-8780

Record expires on 06-Jul-2013.
Record created on 06-Jul-2000.
Database last updated on 1-Feb-2013 14:25:18 EST.

Domain servers in listed order:

  NS43.WORLDNIC.COM      205.178.190.22
  NS44.WORLDNIC.COM      206.188.198.22

This listing is a Network Solutions Private Registration. Mail
correspondence to this address must be sent via USPS Express Mail(TM) or

Hot Deals!



.BIZ @ $4.88 $9.88

Web Hosting

Host Unlimited Domains

Starts @ $7.88 per month

✓ Unlimited Disk Space
✓ Unlimited Data transfer
✓ Unlimited Databases
✓ Unlimited Email Accounts
✓ 30 Day Money Back Guarantee

View Plan

SSL Digital Certs
Secure your Website!

USPS Certified Mail(R); all other mail will not be processed. Be sure to include the registrant's domain name in the address.

| **Domains** | **Hosting & Services** | **Infrastructure** | **Support** |
|---|---|---|---|
| Register Domain Name | Linux Hosting | Datacenter Details | View Knowledge Base |
| Domain Transfer | Windows Hosting | Hosting Security | Contact Support |
| View Domain Pricing | Reseller Hosting | 24 x 7 Servers Monitoring | |
| Bulk Domain Registration | Website Builder | Backup and Recovery | |
| Bulk Domain Transfer | Email | | |
| Whois Lookup | SSL | | |
| Name Suggestion Tool | | | |
| FREE Services | | | |

© 2012 Whois. All rights reserved.





| Whois Lookup |

## playbev.com Registry Whois
Updated 1 second ago - Refresh

Domain Name: PLAYBEV.COM
Registrar: NETWORK SOLUTIONS, LLC.
Whois Server: whois.networksolutions.com
Referral URL: http://www.networksolutions.com/en_US/
Name Server: NS63.WORLDNIC.COM
Name Server: NS64.WORLDNIC.COM
Status: clientTransferProhibited
Updated Date: 07-may-2012
Creation Date: 08-may-2007
Expiration Date: 08-may-2013

## playbev.com Registrar Whois
Updated 1 second ago

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for information
purposes only, and to assist persons in obtaining information about or related
to a domain name registration record. Network Solutions does not guarantee its accuracy.
By submitting a WHOIS query, you agree to abide by the following terms of use:
You agree that you may use this Data only for lawful purposes and that under no
circumstances will you use this Data to: (1) allow, enable, or otherwise support
the transmission of mass unsolicited, commercial advertising or solicitations
via e-mail, telephone, or facsimile; or (2) enable high volume, automated,
electronic processes that apply to Network Solutions (or its computer systems). The
compilation, repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of Network Solutions. You agree not to use
high-volume, automated, electronic processes to access or query the WHOIS
database. Network Solutions reserves the right to terminate your access to the WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this policy.
Network Solutions reserves the right to modify these terms at any time.

Get a FREE domain name registration, transfer, or renewal with any annual hosting package.

http://www.networksolutions.com

Visit AboutUs.org for more information about PLAYBEV.COM
<a href="http://www.aboutus.org/PLAYBEV.COM">AboutUs: PLAYBEV.COM </a>


Registrant:
Cirtran Corporation
  ATTN PLAYBEV.COM
  care of Network Solutions
  PO Box 459
  Drums, PA. US  18222


  Domain Name: PLAYBEV.COM

  -------------------------------------------------------------
  Promote your business to millions of viewers for only $1 a month
  Learn how you can get an Enhanced Business Listing here for your domain name.
  Learn more at http://www.NetworkSolutions.com/
  -------------------------------------------------------------

  Administrative Contact, Technical Contact:
    Cirtran Corporation b89kc5tf27j@networksolutionsprivateregistration.com
    ATTN PLAYBEV.COM
    care of Network Solutions
    PO Box 459
    Drums, PA 18222
    US
    570-708-8780


  Record expires on 08-May-2013.
  Record created on 08-May-2007.
  Database last updated on 1-Feb-2013 14:26:21 EST.

  Domain servers in listed order:

    NS63.WORLDNIC.COM         205.178.190.32
    NS64.WORLDNIC.COM         206.188.198.32

  This listing is a Network Solutions Private Registration. Mail
  correspondence to this address must be sent via USPS Express Mail(TM) or
  USPS Certified Mail(R); all other mail will not be processed. Be sure to

include the registrant's domain name in the address.

| Domains | Hosting & Services | Infrastructure | Support |
|---|---|---|---|
| Register Domain Name | Linux Hosting | Datacenter Details | View Knowledge Base |
| Domain Transfer | Windows Hosting | Hosting Security | Contact Support |
| View Domain Pricing | Reseller Hosting | 24 x 7 Servers Monitoring | |
| Bulk Domain Registration | Website Builder | Backup and Recovery | |
| Bulk Domain Transfer | Email | | |
| Whois Lookup | SSL | | |
| Name Suggestion Tool | | | |
| FREE Services | | | |

© 2012 Whois. All rights reserved.



EXHIBIT E





- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes

- Playboy Energy Social Site
- Bunny Shop

- Official Playboy Website

© Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.

HOME | ABOUT PLAYBOY ENERGY | PLAYBOY ENERGY GIRLS | PHOTO GALLERIES | EVENTS | DRINK RECIPES

## About Playboy Energy Drink

Founded in 1953, Playboy has over 54 years of global brand recognition

As a result, Playboy is one of the most recognized brands in the world.

Playboy is a lifestyle brand that appeals to men and women.

After extensive testing and consumer research, 9 out of 10 consumers prefer the taste of Playboy Energy Drink.

Playboy Energy Drink is an aspirational brand that will increase sales and drive profitability.

Download our Factsheet

- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes

- Playboy Energy Social Site
- Bunny Shop

- Official Playboy Website

© Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.







# Photo Galleries

Click a picture below to view more images from that gallery.

**Celebrity Playboy Party**
Click here to see the celebrities drinking Playboy Energy Drink!

**Baton Rouge A Pix**
Partying with aligators

**Bloomingdales and Playboy Event**
Click here to see Hugh Hefner promoting Playboy Energy Drink!

**College Fest**
Playboy College Fest!

**Playboy Energy Christmas Wishes**
Merry Christmas from Playboy Energy!

- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes
- Playboy Energy Social Site
- Bunny Shop
- Official Playboy Website

© Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.

HOME | ABOUT PLAYBOY ENERGY | PLAYBOY ENERGY GIRLS | PHOTO GALLERIES | EVENTS | DRINK RECIPES

## Playboy Energy Girls

### Lauren

Lauren is from Houston, Texas. She was one of the first 2 Playboy Energy Girls and part of the Playboy Energy Sneak Peak Bus Tour in 2007. Lauren also appeared on the reality show Beauty and the Geek.

### Parvati

Parvati is from Vero Beach, Florida. She was one of the first 2 Playboy Energy Girls and part of the Playboy Energy Sneak Peak Bus Tour in 2007. Parvati went on to be the $1,000,000 winner of the reality television series Survivor: Micronesia and was the runner up on Survivor: Heroes vs. Villains.

### Amber Hay

Amber is from Oahu, Hawaii and was one of the initial Playboy Energy Girls. Amber has one of the most viewed viral videos and has been on the cover of Girls Gone Wild Magazine. Amber has appeared in many movies and TV shows. Amber recently appeared on the cover of Playboy's Fresh Faces Special Edition Magazine.

### Talor

Talor was among the first Playboy Energy Girls and part of the Playboy Energy Sneak Peak Bus Tour in 2007. Talor also appeared on television, in Maxim Magazine and Playboy's Fresh Faces Special Edition Magazine.

### Cecille

Cecille was among the first Playboy Energy Girls and part of the Playboy Energy Sneak Peak Bus Tour in 2007. Cecille was one of the stars of the reality show Beauty and the Geek.

### Nicole Bennett

Nicole is one of the most popular Playboy Energy Girls. The beautiful Nicole is from Chicago and now lives in Malibu. She won the Miss Hawaiian Tropic and has appeared in movies such as 'Don't Mess With The Zohan.'



### Stacy Leigh

Stacy is from Georgia and has also appeared in film and on TV Shows like 'Manswers' on Spike TV..

### Jillian Grace

She was Playboy magazines Playmate of the Month for March 2005. She landed her gig with Playboy after appearing on The Howard Stern Show. Jillian later also became a Playboy Energy Girl and toured with Playboy Energy Drink as part of the Sneak Peak Bus Tour.

### Jen

Jen was among the first Playboy Energy Girls and part of the Playboy Energy Sneak Peak Bus Tour in 2008. Jen is from Tucson, Arizona and now lives in Los Angeles where she is a professional Poker dealer and player.

- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes

- Playboy Energy Social Site
- Bunny Shop

- Official Playboy Website

Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.





HOME | ABOUT PLAYBOY ENERGY | PLAYBOY ENERGY GIRLS | PHOTO GALLERIES | EVENTS | DRINK RECIPES

# Drink Recipes

Below is a list of Playboy Energy Drink cocktails to suit any taste!

### Girl Next Door
Playboy Energy Drink and Skyy Vodka Cherry. Served in a highball on the rocks.

### The Redhead
Playboy Energy Drink, champagne and a splash of Chambord liqueur.

### The Bouncing Bunny
Remy Martin, a splash of lemon lime soda and garnished with a slice of lemon.

### The Bunny Bomb
Playboy Energy Drink in pint glass two-thirds full. Drop in a shot Jaegermeister and pound. Or, a large shot that is equal parts Playboy Energy Drink and Jaegermeister.

### The Playmate
Bacardi Limon and Playboy Energy Drink. Served as a highball on the rocks. Tastes like Bubble Gum.

### The Grotto
Cranberry vodka and Playboy Energy Drink. Served as a highball on the rocks. Lime wedge garnish.

### The Mansion Royale
A shot of Crown Royal and a half-shot of Amaretto Di Sarrono with Playboy Energy Drink. Served in a highball on the rocks. Cherry garnish.

### The Carmen
Playboy Energy Drink with Patron tequila, triple sec, and lime juice. Salted or unsalted. Served in a hurricane glass on the rocks. Lime wheel garnish.

- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes

- Playboy Energy Social Site
- Bunny Shop

- Official Playboy Website

© Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.


EXHIBIT F







EXHIBIT G



About Playboy Energy Drink

Founded in 1953, Playboy has over 54 years of global brand recognition

As a result, Playboy is one of the most recognized brands in the world.

Playboy is a lifestyle brand that appeals to men and women.

After extensive testing and consumer research, 9 out of 10 consumers prefer the taste of Playboy Energy Drink.

Playboy Energy Drink is an aspirational brand that will increase sales and drive profitability.

Download our Factsheet

- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes

- Playboy Energy Social Site
- Bunny Shop

- Official Playboy Website

© Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.



EXHIBIT H



## CirTran Beverage Corporation

In true 'Concept to Consumer' style, CirTran has formed a new corporate division to respond to a new customer need. CirTran Beverage Corporation was established to formulate, manufacture, and distribute a new energy drink.

"The functional beverage category continues to expand at light speed, and we've seen many players both large and small emerge with new brands," says Robert Nistico, president of Play Beverages LLC. "The Playboy Rabbit Head Icon is among the most recognized brand icons globally, and affords us instant recognition and credibility in this dynamic category - all of which will ultimately translate to trial and repeat purchases."

**In the News:**
- Fox 5 News - New York
- NBC News 5 - Chicago
- News 12 - Long Island
- CLTV Chicagoland News
- News ABC 7 - New York

**On The Web:**
- Playboy Energy Promo
- What is a 'Bunny Bomb'
- Playboy Energy Site

- Contact Information
- Back

© 2009-2013 CirTran Corporation | Terms of Use

sound | on





EXHIBIT I





- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes

- Playboy Energy Social Site
- Bunny Shop

- Official Playboy Website

© Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.

## About Playboy Energy Drink

Founded in 1953, Playboy has over 54 years of global brand recognition

As a result, Playboy is one of the most recognized brands in the world.

Playboy is a lifestyle brand that appeals to men and women.

After extensive testing and consumer research, 9 out of 10 consumers prefer the taste of Playboy Energy Drink.

Playboy Energy Drink is an aspirational brand that will increase sales and drive profitability.

Download our Factsheet

- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes

- Playboy Energy Social Site
- Bunny Shop

- Official Playboy Website

© Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.



# Events

Upcoming Playboy Energy Drink Events:

- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes

- Playboy Energy Social Site
- Bunny Shop

- Official Playboy Website

© Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.





# Photo Galleries

Click a picture below to view more images from that gallery.

- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes
- Playboy Energy Social Site
- Bunny Shop
- Official Playboy Website

© Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.

HOME | ABOUT PLAYBOY ENERGY | PLAYBOY ENERGY GIRLS | PHOTO GALLERIES | EVENTS | DRINK RECIPES

## Playboy Energy Girls

### Lauren

Lauren is from Houston, Texas. She was one of the first 2 Playboy Energy Girls and part of the Playboy Energy Sneak Peak Bus Tour in 2007. Lauren also appeared on the reality show Beauty and the Geek.

### Parvati

Parvati is from Vero Beach, Florida. She was one of the first 2 Playboy Energy Girls and part of the Playboy Energy Sneak Peak Bus Tour in 2007. Parvati went on to be the $1,000,000 winner of the reality television series Survivor: Micronesia and was the runner up on Survivor: Heroes vs. Villains.

### Amber Hay

Amber is from Oahu, Hawaii and was one of the initial Playboy Energy Girls. Amber has one of the most viewed viral videos and has been on the cover of Girls Gone Wild Magazine. Amber has appeared in many movies and TV shows. Amber recently appeared on the cover of Playboy's Fresh Faces Special Edition Magazine.

### Talor

Talor was among the first Playboy Energy Girls and part of the Playboy Energy Sneak Peak Bus Tour in 2007. Talor also appeared on television, in Maxim Magazine and Playboy's Fresh Faces Special Edition Magazine.

### Cecille

Cecille was among the first Playboy Energy Girls and part of the Playboy Energy Sneak Peak Bus Tour in 2007. Cecille was one of the stars of the reality show Beauty and the Geek.

### Nicole Bennett

Nicole is one of the most popular Playboy Energy Girls. The beautiful Nicole is from Chicago and now lives in Malibu. She won the Miss Hawaiian Tropic and has appeared in movies such as 'Don't Mess With The Zohan.'



### Stacy Leigh

Stacy is from Georgia and has also appeared in film and on TV Shows like 'Manswers' on Spike TV..

### Jillian Grace

She was Playboy magazines Playmate of the Month for March 2005. She landed her gig with Playboy after appearing on The Howard Stern Show. Jillian later also became a Playboy Energy Girl and toured with Playboy Energy Drink as part of the Sneak Peak Bus Tour.

### Jen

Jen was among the first Playboy Energy Girls and part of the Playboy Energy Sneak Peak Bus Tour in 2008. Jen is from Tucson, Arizona and now lives in Los Angeles where she is a professional Poker dealer and player.

- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes

- Playboy Energy Social Site
- Bunny Shop

- Official Playboy Website

Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.





# Drink Recipes

Below is a list of Playboy Energy Drink cocktails to suit any taste!

## Girl Next Door
Playboy Energy Drink and Skyy Vodka Cherry. Served in a highball on the rocks.

## The Redhead
Playboy Energy Drink, champagne and a splash of Chambord liqueur.

## The Bouncing Bunny
Remy Martin, a splash of lemon lime soda and garnished with a slice of lemon.

## The Bunny Bomb
Playboy Energy Drink in pint glass two-thirds full. Drop in a shot Jaegermeister and pound. Or, a large shot that is equal parts Playboy Energy Drink and Jaegermeister.

## The Playmate
Bacardi Limon and Playboy Energy Drink. Served as a highball on the rocks. Tastes like Bubble Gum.

## The Grotto
Cranberry vodka and Playboy Energy Drink. Served as a highball on the rocks. Lime wedge garnish.

## The Mansion Royale
A shot of Crown Royal and a half-shot of Amaretto Di Sarrono with Playboy Energy Drink. Served in a highball on the rocks. Cherry garnish.

## The Carmen
Playboy Energy Drink with Patron tequila, triple sec, and lime juice. Salted or unsalted. Served in a hurricane glass on the rocks. Lime wheel garnish.

- Home
- About Playboy Energy
- Playboy Energy Girls
- Photo Galleries
- Events
- Drink Recipes

- Playboy Energy Social Site
- Bunny Shop

- Official Playboy Website

© Copyright 2011 - 2013 PLAY BEVERAGES, LLC - AN OFFICIAL LICENSEE OF PLAYBOY ENTERPRISES INTERNATIONAL INC. PLAYBOY and Rabbit Head Design are marks of Playboy and used under license by Play Beverages, LLC. Distributed by CirTran Beverage Corp.

EXHIBIT J



## Recent Headlines

**January 31, 2013**
Play Beverages/CirTran
Beverage/CirTran
Corporation Win over
Playboy Corporation in
California District
Court ...

**December 7, 2012**
U.S. Judge Takes Play
Beverages LLC, Debtor
to CirTran Beverage
Corporation, Out of
Bankruptcy, Free to
Take Action to Protect
Playboy Energy Drink
Licenses ...

**December 3, 2012**
CirTran's Third Quarter
Filing Reports
Disruption and Drop in
Beverage Sales ...

**March 28, 2012**
CirTran Finalizes New
Forbearance
Agreements and Loan
Repayment
Schedules ...

## News Archives

**2013 Headlines**

**2012 Headlines**

**2011 Headlines**

# Play Beverages/CirTran Beverage/CirTran Corporation Win over Playboy Corporation in California District Court
--
# 2nd Legal Win Regarding Playboy Energy Drink in 2 Months

SALT LAKE CITY, Jan. 31, 2013 – Play Beverages LLC, CirTran Beverage Corporation and CirTran Corporation (OTC BB: CIRC) announced today the U.S. District Court, Central District of California has ruled in their favor. The Court denied Playboy Enterprises International, Inc.'s ("Playboy") motion for injunction and dismissed Playboy's trademark lawsuit.

In an order issued January 30, 2013, U.S. District Judge S. James Otero ruled in favor of Play Beverages and CirTran in declining to enjoin Play Beverages from selling the Playboy Energy Drink. Judge Otero granted Play Beverages' motion to dismiss the case without prejudice, finding that Playboy's lawsuit was inappropriate under the forum selection clause of the License Agreement between Play Beverages and Playboy. Judge Otero ruled that Playboy could not bring its claims in California.

Less than two months ago, the U.S. Bankruptcy Court for the District of Utah ruled in favor of Play Beverages and the CirTran companies, vacating a bankruptcy and freeing the companies to take legal actions to protect the product license granted for its Playboy Energy Drink (see "U.S. Judge Takes Play Beverages LLC, Debtor to CirTran Beverage Corporation, Out of Bankruptcy, Free to Take Action to Protect Playboy Energy Drink Licenses," BusinessWire, December 7, 2012).

That judge's ruling took Play Beverages out of bankruptcy, enabling it to continue its action in state courts against Playboy Enterprises and others to protect its license to produce and sell Playboy Energy Drink.

"Today's ruling marks continued good news for Play Beverages and the CirTran companies," said Iehab J. Hawatmeh, CirTran's president.

"We have been through nearly two years of legal actions, but now there are brighter skies on the horizon. Everyone at Play Beverages and CirTran is excited about getting back to business and regaining the momentum we worked so hard to build in expanding our beverage business and Playboy Energy Drink sales worldwide."

Introduced in 2008, Playboy Energy Drink is manufactured and distributed exclusively by CirTran Beverage Corporation, a wholly owned subsidiary of CirTran Corporation (OTCBB: CIRC) under a product license from Playboy Enterprises to Play Beverages, and is currently available in more than 20 countries around the world.

About CirTran Corporation
Marking its 20th year in business in 2013, CirTran Corporation (www.cirtran.com) has evolved from its roots as an international, full-service contract manufacturer. From its headquarters in Salt Lake City, Utah, where it operates, along with its Racore Technology (www.racore.com) electronics manufacturing subsidiary, from an ISO 9001:2000 -certified facility, CirTran has grown in scope and geography. Today, CirTran's operations include: CirTran-Asia, a subsidiary with principal offices in ShenZhen, China, which manufactures high-volume electronics, fitness equipment, and household products for the multi-billion dollar direct response industry; CirTran Online, which offers products directly to consumers through major retail web sites; and CirTran Beverage, which has partnered with Play Beverages, LLC, to introduce and distribute the Playboy Energy Drink.

This press release contains forward-looking statements within the meaning of section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. All statements other than statements of historical facts included on this website and in such reports regarding the prospects of our industry and our prospects, plans, financial position and business strategy, may constitute forward-looking statements. These statements are based on the beliefs and assumptions of our management and on the information currently available to our management at the time of such statements. Forward-looking statements generally can be identified by the words "believes," "expects," "anticipates," "intends," "plans," "estimates" or similar expressions that indicate future events and trends. These forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those contained in the statements, including the risks and uncertainties listed under "Forward-



looking Information" in CirTran's Annual Reports on Form 10-K and Quarterly Reports on Form 10-Q filed with the Securities and Exchange Commission. CirTran disclaims any obligation or intention to update any forward-looking statement.

**2010 Headlines**

Contact Information:

CirTran Corporation
4125 South 6000 West
West Valley City, Utah
84128