# EXHIBIT C

# PLAYBOY ENERGY DRINK

## Official POS Catalogue
## 2012





**Item#SML-020LCD**
**20L Display Cooler with top light**

* Out Size: 330*365*650 mm
* Material : ABS + Sheet steel
* Refrigeration: Compressor ( CFC free , R134a )
* Temperature : 0-10 degree
* Voltage : 110V or 220V
* with logo printing on 2 sides
* 7" LCD screen with Audio and Remote control
* With USB plug, it can connect with camera, MP3 etc
* With a acrylic logo sign and LED light in the glass door

**PLAYBOY ENERGY DRINKS POS ITEMS**



**Item#SML-019**
**22L Mini Cooler**



* Out Size: 330*34*580  mm
* Material : ABS + Sheet Steel
* Refrigeration: Compressor ( CFC free , R134a )
* Temperature :  0-10 degree
* Voltage :  110V or 220V
* With 3 sides stickers for logo printing .

# PLAYBOY ENERGY DRINKS POS ITEMS



**Item#SML-022**
**22L Mini Cooler**



* Out Size: 330*410*470 mm
* Material : ABS + Sheet Steel
* Capacity: 21L
* Refrigeration: Compressor (CFC free, R134a)
* Temperature: 0-10 degree celsius
* Voltage: 100-110V/60HZ
* With LED light inside the door frame
* With Acrylic logo sign in the middle of frame
   without any logo stickers
* With a lock

**PLAYBOY ENERGY DRINKS POS ITEMS**



**Item#SML-AVM-009**
**Elestronic Cooler**



* Size:241*385*425MM
* Material : plastic
* Capacity : 9L
* Voltage : AC100v/DC12V or AC220V/DC12V
* Input Power : cold modle :38-68W/hot modle:30-55W
* cools to 15-20°C below amient  temperature

**PLAYBOY ENERGY DRINKS POS ITEMS**





Item#SML-SC35
35L Counter cooler

* Size: 650*600*300 mm
* Material :Plastic + Steel + Acrylic
* Refrigeration : R134a
* Temperature :  0-10 degree
* Voltage :  220V-240V
* With logo printing on both sides

**PLAYBOY ENERGY DRINKS POS ITEMS**



**Item#SML-055A**
**Ice Bucket**



* Size:415D*800H mm
* Material:double layer plastic
* Capacity:55L

**PLAYBOY ENERGY DRINKS POS ITEMS**



**Item#SML-075**
**75L can cooler**



* Size: 1070H*455D mm
* Capacity : 75L
* Material : Sheet Steel
* Refrigerant : R134a  ( CFC FREE )
* Temperature :  2-8 degree
* Voltage :  220-240V
* With 2pcs metal basket in it .
* This one has a small fan on the inner bottom for fast and average cooling drinks .

**PLAYBOY ENERGY DRINKS POS ITEMS**



Item#SML-135C
Big beverage cooler



* Size : 655*710*1430 mm
* Capacity : 135 L
* Refrigerant : R134a
* Temperature Range : 2-7 degree
* FCL : 24PCS/48PCS/48PCS : 20'/40'/40'HQ
* with logo printing

**PLAYBOY ENERGY DRINKS POS ITEMS**





Item#SML-360L
Drink showcase

* Size : 607*660*1915 mm
* NW/GW : 78/93 KGS
* Refrigerant : R134a
* Temperature : 2-10 degree
* Power : 220 W
* FCL : 54PCS/40'GP

**PLAYBOY ENERGY DRINKS POS ITEMS**





Item#SML-800C
Bar Table
* Size : 800D*1100H mm
* Material : Wood for table top;
  Plastic and steel is for middle pole
  Steel for base.
* DIY Packing

Item#SML-75BB
Bar stool
* Size : 500*800 mm
* Material : PU+Steel

**PLAYBOY ENERGY DRINKS POS ITEMS**




**Item#SML-800F**
**Bar Table**



* Size : 800D*1100H mm
* Material : Wood for table top ;
  Plastic and steel is for middle pole
  Steel for base.
* DIY Packing

**PLAYBOY ENERGY DRINKS POS ITEMS**



Bar stool



* Size : 375*355*600-815 mm
* Material : PVC、metal
* With logo

**PLAYBOY ENERGY DRINKS POS ITEMS**



**Item#SML-AL031**
**Playboy Neon light**



* Size : 50 cm height ,
        8mm diameter light pole.
* Volrage : 220-240V
* Packing Size : 62.5*26*46 cm
* With steel back base

**PLAYBOY ENERGY DRINKS POS ITEMS**



**Item#SML-STL1105**
**Metal Sign with LED light**



* Size : 8" *11"
* Material : stainless steel+Al board
* Voltage : 220-240/50HZ
* With logo Carving
* With one color LED light

**PLAYBOY ENERGY DRINKS POS ITEMS**





Metal Sign
* Size: 20*28CM

**PLAYBOY ENERGY DRINKS POS ITEMS**



Item#SML-30LIB
PBE Lighted ICE Bucket



* Material: PS
* Size: 170*220*230MM
* With 18pcs blue lights

**PLAYBOY ENERGY DRINKS POS ITEMS**





Item#SML-ACT111
Can Holder

* Size : 20W*7.5D*20H cm
* Material : Acrylic
* With printing .

**PLAYBOY ENERGY DRINKS POS ITEMS**





Item#SML-SK18
Beverage Stick

* Material: PS
* Size: 175 mm length

**PLAYBOY ENERGY DRINKS POS ITEMS**



Item#SML-PL10
Car Sticker



* Size : 100*100 mm
* Material : PVC
* With 4 C printing

**PLAYBOY ENERGY DRINKS POS ITEMS**



Item#SML-PL11
Sticker



* Dimension : 19.5*20.5 cm
* Material : High Quality Paper
* 4C printing .

**PLAYBOY ENERGY DRINKS POS ITEMS**





One Can sticker
* Dimension: 10x20.5cm
* Material : High Quality Paper
* 4C Printing

**PLAYBOY ENERGY DRINKS POS ITEMS**



Item#SML-40PC
Advertising stickers



* Size : A2 size
* Material : PVC
* With logo priting

**PLAYBOY ENERGY DRINKS POS ITEMS**





Poster
* Material: Paper
* Size: 61cm (W) * 91.5cm (L)

**PLAYBOY ENERGY DRINKS POS ITEMS**



Item#SML-SK13
Playboy Ball pen







* Size:139L mm
* Material:Plastic  bule oil
* With a color printing

**PLAYBOY ENERGY DRINKS POS ITEMS**



PBE BAR MATS
* Material: PVC
* Size: 600 * 90 * 10 mm



**PLAYBOY ENERGY DRINKS POS ITEMS**



Item#SML-202SB
Silicone Bracelet



* Size: 202*12*2 mm
* Material: 100% silicone
* With logo printing on out surface

**PLAYBOY ENERGY DRINKS POS ITEMS**





Coaster
* Material: Paper board
* Size: 90mm/ 1000mm
* Thickness: 1.5/1.0 mm

**PLAYBOY ENERGY DRINKS POS ITEMS**





PBE Beverage Napkin
* Material: 18g paper
* Size: 24x24cm

**PLAYBOY ENERGY DRINKS POS ITEMS**



Balloon
* With Printed logo

 

**PLAYBOY ENERGY DRINKS POS ITEMS**





Inflatable Ball
* Size: 30cm
* Material: PVC

**PLAYBOY ENERGY DRINKS POS ITEMS**



Shelf Strip



**PLAYBOY ENERGY DRINKS POS ITEMS**



Plastic Tray
* 46*10*5.5CM



**PLAYBOY ENERGY DRINKS POS ITEMS**





Plastic Cup
* With printed logo
* Size: 7.8*5*10 CM

**PLAYBOY ENERGY DRINKS POS ITEMS**



Car Sunshades ( Front )
* Size: 150*70 cm
* Material : 190T Nylon with siliver
* With 2 color printing
* Silk screen printing









**PLAYBOY ENERGY DRINKS POS ITEMS**





Bunny ears
* Size : 26*12 cm

**PLAYBOY ENERGY DRINKS POS ITEMS**





Bunny ears
* Size : 23.5*24*2
* Plastic with light
* Power by battery

**PLAYBOY ENERGY DRINKS POS ITEMS**



PLAYBOY
ENERGY DRINK


Item#SML-40CP
Baseball Caps




* Size : 59 cm
* Material: 12860# 100% cotton twill
* 6panels
* With embordier logo / one position

**PLAYBOY ENERGY DRINKS POS ITEMS**





MEN T SHIRTS
FABRIC :100% COTTON

**PLAYBOY ENERGY DRINKS POS ITEMS**





Men T-Shirt
* with logo printing

**PLAYBOY ENERGY DRINKS POS ITEMS**





Women T-Shirt
* with logo printing

**PLAYBOY ENERGY DRINKS POS ITEMS**



WOMEN T SHIRTS
FABRIC : COTTON - LYCRA ( FIT TO BODY T SHIRTS )




**PLAYBOY ENERGY DRINKS POS ITEMS**



Item#SML-50LAD
Sleeveless T Shirts

* Size:M # size
* Material:95%cotton + 5% Lycra
* Black with many colors logo printing





**PLAYBOY ENERGY DRINKS POS ITEMS**



PLAYBOY
ENERGY DRINK

**Item#SML-50MAN**
**Polo Shirts**



* Size:L,XL,XXL
* Material:100% cotton
* Wight:200G
* With one color emborider

**PLAYBOY ENERGY DRINKS POS ITEMS**



# OFFICIAL PBED
# MANUFACTURER & SUPPLIER





# EXHIBIT D

December 19, 2010

Iehab Hawatmeh

Play Beverages, LLC
4125 South 6000 West
West Valley City, Utah 84128

Dear Iehab:

As you know, the Product License Agreement ("Agreement") between Playboy Enterprises International, Inc. and Play Beverages, LLC dated as of November 1, 2006 will be expiring March 31, 2012. This letter serves as notice that Playboy will, in good faith, evaluate a renewal of the Agreement under the condition that Play Beverages, LLC is in full compliance with all of the terms and conditions outlined in the Agreement. This includes but is not limited to the timely payments of all amounts required under the Agreement.

Per paragraph 2(b)(ii) and (iii), the first Renewal Term ("Renewal Term") commences April 1, 2012 and expires March 31, 2017. The Second Renewal Term commences April 1, 2017 and expires March 31, 2022. Each Renewal Term of five years wil be individuall evaluated.

Playboy very much welcomes the possiblity of a continued and mutually beneficial partnership with Play Beverages.

Sincerely,

Sarah Haney

cc:     Samantha Wong

CONFIDENTIAL

PBL000983

**PLAYBOY ENTERPRISES, INC.**

SARAH HANEY
SENIOR VICE PRESIDENT
GLOBAL LICENSING

June 2, 2010

Mr. Iehab Hawatmeh
Play Beverages, LLC
4125 South 6000 West
West Valley City, Utah 84128

Dear Mr. Hawatmeh:

As you know, the Product License Agreement ("Agreement") between Playboy Enterprises International, Inc. and Play Beverages LLC dated as of November 1, 2006 will be expiring March 31, 2012. This letter serves as notice that Playboy will, in good faith, evaluate a renewal of the Agreement under the condition that Play Beverages LLC is in full compliance with all of the terms of conditions outlined in the Agreement. This includes but is not limited to the timely payments of all amounts required under this Agreement.

Per Paragraph 2(b)(ii) and (iii), the first Renewal Term ("Renewal Term") commences April 1, 2012 and expires March 31, 2017. The Second Renewal Term commences April 1, 2017 and expires March 31, 2022. Each Renewal Term of 5 years will be individually evaluated.

Playboy very much welcomes the possibility of a continued and mutually beneficial partnership with Play Beverages.

Sincerely,

Sarah Haney
Senior Vice President, Licensing

CONFIDENTIAL

PBL000956

# EXHIBIT E

From: Iehab J. Hawatmeh [mailto:iehab@cirtran.com]
Sent: Monday, May 02, 2011 1:28 PM
To: 'Kawal, Judy'
Subject: FW: Renewal, etc.

Hi Judy,

I wanted to share some information with you before I call you...

I met with Sarah Haney in LV in March and the main discussion was:
1- Payment plan for this year and
2- renewal of license for the next 5 years

Please read below where none were issues until Sarah sent me an email asking for full
payment a day before it was due. As you are aware, we have invested and continue to invest
in the brand worldwide and a quarterly payment plan would work well for us and it is the
plan we have agreed to. As you know, so far we have not received any profit on our
investment and do not anticipate to make any this year either, a renewal letter for the
next 5 years would be necessary as we are adding additional distributors around the world.
I have attached a quick update on our national and international distribution. As you can
see on the international side, we are in or about to distribute in about 65 countries and
once the deal we have signed closes on the 16th of April, the count will increase to over
80 countries. The delays we have experienced has many facets including brand restrictions,
government approvals and of course the BIG competition from Red Bull.

Again, I appreciate our relationship and looking forward to calling you shortly!

Best Regards,
Iehab J. Hawatmeh
President/CEO
CirTran Corporation
4125 South 6000 West
West Valley City, Utah 84128
(801) 963-5112 Phone
(801) 963-8823 Fax


-----Original Message-----
From: Haney, Sarah [mailto:shaney@playboy.com]
Sent: Wednesday, March 23, 2011 9:44 AM
To: Iehab Hawatmeh
Subject: Re: Renewal, etc.

We'll issue the renewal documentation with quarterly payment schedule.  As for the mixed
cocktails, please remind me which countries you were interested in exploring?  Also please
provide sales forecasts for the category, by region.  Thanks much.


> From: Iehab Hawatmeh <iehab@cirtran.com>
> Date: Tue, 22 Mar 2011 21:08:09 -0500
> To: Sarah Haney <shaney@playboy.com>
> Subject: RE: Renewal, etc.
>
> Hi Sarah,
>
> I will have it to you this week... Are we okay on the Quarterly
> payments for next license year? Also, what do you need from me
> regarding
the renewal?
> Would you like the proposed changes? One more thing on the mixed
> cocktail license, is that available? we are ready to move on that..
> Tell me when you would like to talk? Thanks!

1

```
> Best Regards,
> Iehab J. Hawatmeh
> President/CEO
> CirTran Corporation
> 4125 South 6000 West
> West Valley City, Utah 84128
> (801) 963-5112 Phone
> (801) 963-8823 Fax
>
>
> -----Original Message-----
> From: Haney, Sarah [mailto:shaney@playboy.com]
> Sent: Friday, March 18, 2011 2:12 PM
> To: 'iehab@cirtran.com'
> Subject: Renewal, etc.
>
> Iehab -
>
> Let's get the renewal discussions under way at your convenience. I'd
> like to get the paperwork sorted out for you in the near term.
>
> Also, accounting is chasing the $100k balance owing on the current
> license year. What's the ETA on that?
>
> Sarah=
>
```

**EXHIBIT F**

**Iehab J. Hawatmeh**

**Subject:**             FW: Final installment

-----Original Message-----
From: Iehab J. Hawatmeh [mailto:iehab@cirtran.com]
Sent: Wednesday, March 30, 2011 9:21 AM
To: 'Haney, Sarah'
Subject: RE: Final installment

Hi Sarah,

Is this April fool day joke? LOL...

In your last email you said okay for the quarterly payments and I was preparing the wish list
for the renewal, what happened? I do foresee a problem with the $2 mil on the 1st. I tried to
explain during our meeting that we need the cash to support our operations and distributors
and volunteered to meet with Scott and Alex if necessary to explain and to have them be more
supportive. As you also know that we have not made a profit and we continue to spend to
promote the brand as it has not been easy. Please let me know of a good time to talk today?

Best Regards,
Iehab J. Hawatmeh
President/CEO
CirTran Corporation
4125 South 6000 West
West Valley City, Utah 84128
(801) 963-5112 Phone
(801) 963-8823 Fax

-----Original Message-----
From: Haney, Sarah [mailto:shaney@playboy.com]
Sent: Wednesday, March 30, 2011 6:20 AM
To: Iehab Hawatmeh
Subject: Re: Final installment

Thanks Iehab.  As for the payment schedule you'd requested for the upcoming license year, I'm
afraid that I have bad news.  Management has indicated that it will require all guarantees to
be paid in full on their contractual due dates, which means that I can't offer you quarterly
payments at this point.  I'm sorry about this.  Do you foresee issues remitting the $2m on
April 1st?

1



EXHIBIT

28

8-24-2011 sic

PBL000152

# EXHIBIT G



Search for people, places and things

3

**Going (7)**

Principe Di Napoli (Invited You)

Costantino Marigliano

**Maybe (6)**

**Invited (946)**

Iehab Hawatmeh

Energydrink Puglia

Newfashionmodel Puglia

Matteo Brunetta

Export · Share · Report

## ***ASPETTANDO IL NUOVO ANNO AL CHALET AL CAMPANILE***

Friends of Guests Event · By Principe Di Napoli

Events | Join | Maybe

Principe Di Napoli invited you

Monday, December 31, 2012

****MEGA PARTY PLAYBOY ENERGY DRINK * CHALET AL CAMPANILE VISCIANO NA*.... CON TANTI OSPITI VIP...CON LE NOSTRE SPLENDIDE CONIGLIETTE E MITICO PLAYBOY REGALERANNO GADGET PER TUTTA LA NOTTE...FIUMI DI PLAYBOY ENERGY DRINK...TANTO DIVERTIMENTO.....SOLO PER I NUMERI UNOOOOOO NON MANCATEEE****

**VIA A. MANZONI N° 1 VISCIANO NA**
VIA A. MANZONI N° 1 VISCIANO NA
View Map · Get Directions

**Saverio Di Marzo** is going.
Like · Comment · Follow Post · 3 hours ago

**Teodoro Scardamaglio** is going.
Like · Comment · Follow Post · 16 hours ago

**Agostino Ferrante** is going.
Like · Comment · Follow Post · 17 hours ago

**Antonio IL Dandy Guarino** is going.
Like · Comment · Follow Post · 20 hours ago

**Anna Montano** is going.
Like · Comment · Follow Post · 22 hours ago

**Costantino Marigliano** is going.
Like · Comment · Follow Post · 23 hours ago

Paola Mocerino likes this.

Write a comment...

**Principe Di Napoli** created the event.
Like · Comment · Follow Post · 23 hours ago

2 people like this.

Write a comment...

**Games You May Like**

**PokerMob**
Hatem Khouri plays PokerMob
Play Now

**Stormfall: Age of War**
Bassam Kalandos plays Stormfall: Age of War.
Play Now

**People You May Know**

**Raed Sahawneh**
10 mutual friends
Add Friend

**Dana El Said**
Add Friend

**Sponsored** Create an Ad

**Valentino** shared an album: HOLIDAY GIFTS TO CHERISH.
For the holidays visit www.valentino.com and choose a gift that will sparkle and dazzle.

Like This Page

**Live Fast with AT&T**
att.com
AT&T 4G LTE is now here in Provo and Orem, part of the nation's largest network.

**Prada**
shop.nordstrom.com
Shop NORDSTROM Prada and more! FREE Shipping & Returns

**Rao Abdulwahid** Serenity :) — at Pearl Continental, Muzaffarabad.

**World Fashion Cafe** hOR awaam kya ho rha hai? :P

**Rus Tudor Stefan** shared It's private's photo.

**Rus Tudor Stefan** likes It's private's photo.

**Rus Tudor Stefan** likes It's private's photo.

**Girls Of Glam** is currently searching for male brand ambassadors in Moncton, NB! Email jenn@girlsofglam.com with a resume and three pictures!

**Rus Tudor Stefan** likes It's private's photo.

**Rus Tudor Stefan** likes It's private's photo.

**Rus Tudor Stefan** likes It's private's photo.

**World Fashion Cafe** added a new photo.

**Rus Tudor Stefan** likes It's private.

**Matteo Brunetta** is going to Rimettere se stesso al primo posto - seminario "introduttivo".

**Club Bamboo Cluj** READY TO PARTY?!?
INNA feat Play & Win - IN...

**Playboy South Africa** added a new photo.

**Freddy Sayegh** and Viy Nl are now friends.

**Lisa Sayegh** commented on Reem Sayegh's photo: "Agreed! Kanafe. Hareeseh, chee..."

**Orsolya Kovacs** likes Daniel Calin's photo.

**Matylda Wielgosz** likes Maty Lda's photo.

**PLAYBOY.Romania** added a new photo.

**Wendi Marie Rowe** likes Angela Lynn's status.

Show Older

Search

Facebook © 2012 · English (US)

About · Create an Ad · Create a Page · Developers · Careers · Privacy · Cookies · Terms · Help

# EXHIBIT H

## ChristianT

**From:** Paul [plz0707@gmail.com]
**Sent:** Thursday, July 14, 2011 6:00 PM
**To:** Christian Thompson; C Jeff Thompson
**Subject:** Fwd: Play Beverages

> **From:** Kawal, Judy
> **Sent:** Thursday, July 14, 2011 11:59 PM
> **To:** undisclosed-recipients:
> **Subject:** Play Beverages

As you may know, on April 26, 2011, an involuntary chapter 7 bankruptcy petition was filed against Play Beverages, LLC ("PlayBev") in the United States Bankruptcy Court for the District of Utah (Bankruptcy Case No. 11-26046). Although PlayBev is seeking dismissal, the outcome of PlayBevʙҔ™s motion is currently unknown.

Playboy Enterprises ("Playboy") believes that PlayBev is in breach of its agreement with Playboy and took steps to terminate the agreement with PlayBev before PlayBev informed Playboy of the bankruptcy petition. Due to the automatic stay provisions of the U.S. Bankruptcy Code that prevent termination of PlayBev's contract without a Court order while PlayBev is subject to the bankruptcy, Playboy has complied with and will continue to observe and comply with the automatic stay provisions.

Playboy has filed a motion with the Bankruptcy Court seeking relief from automatic stay so that it can take action to terminate its agreement with PlayBev. The motion is set to be heard on July 27.

Any parties with questions concerning PlayBev or the current situation should direct them to PlayBev directly through normal business channels. Further, the positions of PlayBev and other parties concerning the bankruptcy are set forth in the papers filed by the parties with the Bankruptcy Court, 350 South Main Street, 3rd Floor, Salt Lake City, Utah, www.utb.uscourts.gov. These papers may also be obtained from PlayBev or from PlayBevʙҔ™s counsel, Kenneth L. Cannon, II, Durham Jones & Pinegar, 111 East Broadway, Suite 900, Salt Lake City, UT 84110ʙҔ"4050 (801.415.1000).



**EXHIBIT**
3
Thompson 8-17-11
Denise M. Thomas CRR